# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

RAFAEL MERCADO-GARCIA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2804

———————————————

March 25, 2026

Appeal from the Circuit Court for Pinellas County; Joseph Bulone, Judge.

Blair Allen, Public Defender, and Jeri Delgado, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Allison C. Heim, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

SILBERMAN, VILLANTI, and ATKINSON, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.